Isaac Levitsky, Respondent, v. Samuel Brown, Individually, and Trading under the Firm Name and Style of Enterprise Dental Supply, Appellant, Impleaded with Others.— Order modified by striking out the provision for the appointment of a referee, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Max Oelbaum* and Others, Appellants, v. Simon J. Winer and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Application for the Appointment of a Successor of One of the Deceased Testamentary Trustees of the Estate of Augustus Zerega, Deceased. Richard A. Zerega, Trustee, etc., and Others, Appellants; Augusta Florence Zerega and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Archibald C. Foss, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Application of Denis J. Buckley and Another, Appellants, for a Writ of Mandamus against Frank Gallagher, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James C. Bushby, Appellant, v. Lancelot M. Berkeley, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Annie Easley, Respondent, v. Benedict M. Holden, Appellant. —Order affirmed, with ten dollars costs and disbursements. No opinion. Present —Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of an Application to Compel Abraham I. Spiro, an Attorney, Respondent, to Turn over Certain Inventory Sheets, etc. Joseph Cohen, as Administrator, etc., Plaintiff, v. Joseph Elias, Appellant. - Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Yellow Taxicab Company, Respondent, v. William J. Gaynor, as Mayor, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Rock Island Butter Company, Respondent, v. James Rowland, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Motor Taximeter Cab Company, Appellant, v. The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and